IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-087-RLV-DCK

| | |
|---|---|
| STEPHEN WILKINSON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SUN LIFE AND HEALTH INSURANCE COMPANY d/b/a SUN LIFE FINANCIAL and DOLAN & TRAYNOR, INC. EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) filed by Hannah S. Symonds, concerning Joshua Bachrach on August 14, 2014. Mr. Joshua Bachrach seeks to appear as counsel *pro hac vice* for Defendants Sun Life and Health Insurance Company d/b/a Sun Life Financial. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) is **GRANTED.** Mr. Joshua Bachrach is hereby admitted *pro hac vice* to represent Defendants Sun Life and Health Insurance Company d/b/a Sun Life Financial.

**SO ORDERED**.

Signed: August 14, 2014

David C. Keesler
United States Magistrate Judge