IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-087-RLV-DCK

| | |
|---|---|
| STEPHEN WILKINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUN LIFE AND HEALTH INSURANCE )<br>COMPANY d/b/a SUN LIFE FINANCIAL and )<br>DOLAN & TRAYNOR, INC. EMPLOYEE )<br>HEALTH AND WELFARE BENEFIT PLAN, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on its own motion to continue the trial from the March 2, 2015, trial term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the March 2015, trial term in the Statesville Division to the May 4, 2015, trial term in the Statesville Division.

Signed: February 20, 2015

Richard L. Voorhees
United States District Judge