IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13CV87-RLV

| | |
|---|---|
| STEPHEN WILKINSON )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>SUN LIFE and HEALTH INSURANCE )<br>COMPANY )<br>      Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on its own Motion for a continuance of the trial in this matter scheduled for the May 4, 2015 trial term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the May 2015, trial term in the Statesville Division to the July 6, 2015, trial term in the Statesville Division.

Signed: April 28, 2015

Richard L. Voorhees
United States District Judge