IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-087-RLV-DCK

| | |
|---|---|
| STEPHEN WILKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SUN LIFE AND HEALTH INSURANCE ) | |
| COMPANY d/b/a SUN LIFE FINANCIAL and ) | |
| DOLAN & TRAYNOR, INC. EMPLOYEE ) | |
| HEALTH AND WELFARE BENEFIT PLAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion to continue the trial from the July 6, 2015, trial term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the July 6, 2015, trial term in the Statesville Division to the September 8, 2015, trial term in the Statesville Division.

Signed: May 28, 2015

Richard L. Voorhees
United States District Judge