IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-087-RLV-DCK

| | |
|---|---|
| STEPHEN WILKINSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SUN LIFE AND HEALTH INSURANCE COMPANY d/b/a SUN LIFE FINANCIAL, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Consent Motion To Stay Deadline To File Motion For Attorneys' Fees And Costs" (Document No. 38) filed September 11, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Consent Motion To Stay Deadline To File Motion For Attorneys' Fees And Costs" (Document No. 38) is **GRANTED**. Plaintiff may file a "fee petition" within thirty (30) days after the Court receives the Mandate of the Fourth Circuit terminating appellate proceedings in this matter.

**SO ORDERED**.

Signed: September 11, 2015

David C. Keesler
United States Magistrate Judge